[No. 57678-0-I.  Division One.  April 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMETRI MOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-01675-7, Ronald L. Castleberry, J., entered January 25, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57681-0-I.  Division One.  April 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MIKE ANDERSON NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00646-8, Ellen J. Fair, J., entered January 26, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57686-1-I.  Division One.  April 30, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. JEFFREY DEFORES COLLINS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02386-2, Thomas J. Wynne, J., entered May 25, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 57828-6-I.  Division One.  April 30, 2007.]

*In the Matter of the Detention of* WILLIAM E. DUNCAN.

Appeal from a judgment of the Superior Court for King County, No. 04-2-07753-2, Helen Halpert, J., entered February 17, 2006. *Affirmed* by unpublished per curiam opinion.